USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIX CULALA and WALTER TENESELA, *on behalf of themselves, FLSA Collective Plaintiffs and the Class*, <br><br> Plaintiffs, <br><br> -v- <br><br> SOHO MASONS CORP. d/b/a SOHOMASONS, JOHN NEVLA and VICTOR ROTTENBERG <br><br> Defendants. | **Case No.**: 1:21-cv-10405 <br><br> **<u>RULE 68 JUDGMENT</u>** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants SoHo Masons Corp. d/b/a SoHomasons, John Nevla and Victor Rottenberg (collectively, "Defendants"), having offered to allow Plaintiffs Felix Culala and Walter Tenesela ("Plaintiffs") to take a judgment against them, in the sum of Forty-Five Thousand Dollars and No Cents ($45,000.00), to resolve all of Plaintiffs' claims, inclusive of all costs, attorneys' fees and interest, filed in this lawsuit, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated May 9, 2022 and filed as Exhibit A to Docket Number 20;

**WHEREAS**, on May 11, 2022, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 20);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs Felix Culala and Walter Tenesela, in the sum of Forty-Five Thousand Dollars and No Cents ($45,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated May 9, 2022 and filed as Exhibit A to Docket Number 20. The Clerk of Court is directed to close the case.  The Clerk of Court is also respectfully requested to terminate the letter motion at docket entry 19.

**SO ORDERED:**

Dated:     May 12 , 2022
       New York, New York

_____
         U.S.D.J.

*/s/ Mary Kay Vyskocil*